**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

JOSE MARCOS,

Petitioner,

v.

CHRISTOPHER LAROSE, *et al.*,

Respondents.

Case No. 26-cv-04640-BAS-DEB

**ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Jose Marcos filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, claiming he was detained by Immigration and Customs Enforcement ("ICE") without a bond hearing. (ECF No. 1.) Petitioner entered the country without inspection, was arrested in the interior of the United States, and does not allege that he was previously released on parole or his own recognizance. (*See id.* ¶¶ 35–38.)

The Government filed a response acknowledging that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a) and *Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424, __ F.4th __ (9th Cir. July 30, 2026). (ECF No. 5.) Further, the Government demonstrated that Petitioner had a bond hearing scheduled for August 26, 2026. (*Id.*)

Finally, the Government argued that this dispute is not ripe for review, and Petitioner must exhaust his administrative remedies before seeking relief in the district court. (*Id.*)

Under this Court's Standard Procedures for Immigration Habeas Petitions and prior order, any reply was due no later than September 1, 2026. (*See* ECF Nos. 2, 4.) No reply was filed. Accordingly, in light of the Government's showing, the Court **DENIES WITHOUT PREJUDICE** the Petition because it is moot. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: September 2, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**